Eastern District of Kentucky
**FILED**

DEC 21 2023

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## PIKEVILLE

**UNITED STATES OF AMERICA**

V.                                      INDICTMENT NO. 7:23-cr-022-KKC
                                        18 U.S.C. § 922(g)(1)

**RANDY G. AMBURGEY III**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about May 4, 2023, in Letcher County, in the Eastern District of Kentucky,

**RANDY G. AMBURGEY III,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is an Anderson Semiautomatic, .223 CAL/5.56x45, Kentucky Am-15 Pistol, with serial number 22101879, and a Ruger, .380 semiautomatic caliber pistol with serial number 377-04720; and the firearms were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

### FORFEITURE ALLEGATIONS
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

1.   By virtue of the commission of the offense alleged in Count 1 of the Indictment, the Defendant shall forfeit to the United States any and all firearms and associated ammunition and accessories involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922, including any and all firearms and ammunition seized from

the Defendant on May 9, 2023. Any and all interest that the Defendant has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

    2.    The property to be forfeited includes, but is not limited to, the following:

**FIREARM AND AMMUNITION**
a. Anderson Semiautomatic, .223 CAL/5.56x45, Kentucky Am-15 Pistol with serial number 22101879, with magazine
b. Ruger, .380 semiautomatic caliber pistol with serial number 377-04720
c. All associated ammunition.

    3.    If any of the property listed above, as a result of any act or omission of the Defendants, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

███████████████

FOREPERSON

_____
**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not more than 15 years imprisonment, a $250,000 fine, and 3 years of supervised release.

**If Armed Career Criminal:** Not less than 15 years imprisonment, not more than $250,000 fine, and not more than 5 years supervised release.

PLUS:   Mandatory special assessment of $100.

PLUS:   Forfeiture of listed items.